IN THE MATTER OF THE EVOR PHILLIPS LEASING WASTE
DISPOSAL SITE; AND CARPENTER
TECHNOLOGY CORPORATION.

July 8, 1988.

Petition for certification denied.

OFFICE OF INMATE ADVOCACY v. WILLIAM H. FAUVER.

July 8, 1988.

Petition for certification denied. (See 222 *N.J.Super.* 357)

HELENE MCAVENEY v. GREAT GORGE SKI RESORT.

July 8, 1988.

Petition for certification granted and the matter is summarily remanded to the trial court for its finding on whether restoration of the complaint would prejudice defendant; if the trial court finds that defendant's ability to defend on the merits would be impaired, the complaint should be dismissed. See *Aujero v. Cirelli*, 110 *N.J.* 566 (1988).

IN THE MATTER OF THE GUARDIANSHIP OF
J.E.D., A MINOR.

July 8, 1988.

Petition for certification denied.